UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-cv-24570-KMW

CARLOS BRITO,

    Plaintiff,

v.

AIRPORT CENTRE, INC.; CHIVAS
EXPRESS #2 LLC; MEJE ENTERPRISES,
CORP.; EL POLLO INKA INC.; DANVA
RESTAURANT GROUP, LLC; A.G.A. OF
FLORIDA, INC.; FARAON ARABIAN
AND INTERNATIONAL FOODS, LLC;
and PUNTA SAL CORPORATION,

    Defendants.
_____/

**ORDER APPROVING AND ENTERING CONSENT DECREE
AND DISMISSING ACTION WITH PREJUDICE**

**THIS MATTER** is before the Court upon the Parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice. (DE 30). The Court, having reviewed the Joint Motion and the Consent Decree attached to the Joint Motion as Exhibit "A," and being advised fully in the premises, **ORDERS AND ADJUDGES** as follows:

    1.    The Court finds the Consent Decree to be fundamentally fair, adequate and reasonable to improve and provide access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq.

    2.    The Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice (DE 30) is **GRANTED.**

    3.    The Court **APPROVES and ADOPTS** the Consent Decree, and pursuant

to Fed. R. Civ. P. 54, the Consent Decree is hereby **ENTERED** and this action is **DISMISSED WITH PREJUDICE**.

4. The Court shall retain jurisdiction for two years from the date of this Order to enforce the Consent Decree and to monitor and enforce compliance with the terms of the Consent Decree to the extent necessary.

5. Each party to the Consent Decree shall bear their own attorney's fees and costs except as detailed in the Consent Decree.

6. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida this 17th day of November, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE